# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jackie McKubbin,

       Petitioner,                   JUDGMENT IN A CIVIL CASE

vs.                                           3:09cv131

United States of America,

       Respondent.

DECISION BY COURT. This action having come before the Court by Motion to Vacate and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/7/2009 Order.

Signed: April 8, 2009

Frank G. Johns, Clerk
United States District Court